## UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY

| | |
|---|---|
| **IN RE: LIQUID ALUMINUM SULFATE ANTITRUST LITIGATION**<br><br>**This Document Relates to**:<br><br>*Hope Water and Light Commission v. Reichl, et al.*, 2:16-cv-00493<br><br>*Municipal Authority of Westmoreland County v. Reichl, et al.*, 2:16-cv-00867<br><br>*Little River County R.D.A. Water System v. Reichl, et al.*, 2:15-cv-00868 | 2:16-md-02687 (JLL)(JAD)<br>(MDL 2687) |

## NOTICE OF VOLUNTARY DISMISSAL PURSUANT TO F.R.C.P. 41(a)(1)(A)(i)

NOTICE IS HEREBY GIVEN that, pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, Plaintiffs Hope Water and Light Commission, Municipal Authority of Westmoreland County, and Little River County R.D.A. Water System ("Plaintiffs') voluntarily dismiss their claims against all Defendants in the actions entitled *Hope Water and Light Commission v. Frank A. Reichl, et al.*, Case No.: 2:16-cv-00493 ("*Hope Water*"), *Municipal Authority of Westmoreland County v. Reichl, et al.*, 2:16-cv-00867 ("*Westmoreland*"), and *Little River County R.D.A. Water System v. Reichl, et al.*, 2:15-cv-00868 ("*Little River*"), without prejudice and without costs to any party.

Plaintiffs are not a named plaintiff in the Consolidated Amended Complaint in *In re Liquid Aluminum Sulfate Antitrust Litigation*, 2:16-md-02687 (JLL) (JAD) (MDL 2687), filed on August 22, 2016 (ECF No. 220). None of the adverse parties has served an answer or a motion for summary judgment in *Hope Water*, *Westmoreland*, or *Little River*.

This notice of dismissal is made without prejudice to Plaintiffs' rights as absent class members in *In Re: Liquid Aluminum Sulfate Antitrust Litigation*, Case No.: 2: 16-md-02687 (JLL) (JAD) (MDL 2687).

Dated: August 6, 2018                                Respectfully submitted,

/s/ Gregory S. Asciolla
Gregory S. Asciolla
Jay L. Himes
Karin E. Garvey
Matthew J. Perez
**LABATON SUCHAROW LLP**
140 Broadway
New York, NY  10005
Tel.: (212) 907-0700
Fax: (212) 818-0477
GAsciolla@labaton.com
JHimes@labaton.com
KGarvey@labaton.com
MPerez@labaton.com

*Counsel for Plaintiffs Hope Water and Light
Commission and Little River County R.D.A.
Water System and Municipal Authority of
Westmoreland County*


Joshua S. Bauchner
**ANSELL GRIMM & AARON, P.C.**
365 Rifle Camp Rd.
Woodland Park, N.J. 07424
Tel.: (973) 247-9000
Fax: (973) 247-9109
jb@ansellgrimm.com

*Counsel for Plaintiff Hope Water and Light
Commission*

M. Chad Trammell
Melody Piazza
**TRAMMELL PIAZZA LAW FIRM,
PLLC**
Melody Piazza AR 86108
418 North State Line Avenue

- 2 -

Texarkana, Arkansas 71854
Tel.: (870) 779-1860
Fax: (870) 779-1861
chad@trammellpiazza.com
melody@trammellpiazza.com

*Counsel for Plaintiffs Hope Water and Light
Commission and Little River County R.D.A.
Water System*

Paul Scarlato
**GOLDMAN SCARLATO & PENNY,
P.C.**
Eight Tower Bridge, Suite 1025
161 Washington Street
Conshohocken, PA 19428
Tel.: (484) 342-0700
scarlato@lawgsp.com

*Additional Counsel for Plaintiffs Hope
Water and Light Commission and Little
River CountyR.D.A. Water System and
Municipal Authority of Westmoreland
County*

Roberta D. Liebenberg
Paul Costa
Adam J. Pessin
**FINE, KAPLAN AND BLACK, RPC**
One South Broad Street, Suite 2300
Philadelphia, PA 19107
Tel.: (215) 567-6565
Fax: (213) 568-5872
rliebenberg@finekaplan.com
pcosta@finekaplan.com
apessin@finekaplan.com

*Counsel for Plaintiffs Hope Water and Light
Commission and Little River County R.D.A.
Water System and Municipal Authority of
Westmoreland County*

- 3 -

Jayne A. Goldstein
**SHEPHERD FINKELMAN MILLER &
SHAH LLP**
1625 N. Commerce Parkway, Suite 320
Ft. Lauderdale, FL 33326
Tel.: (954) 903-3170
Fax: (866) 300-7367
jgoldstein@sfmslaw.com

*Additional Counsel for Plaintiff Hope Water
and Light Commission*

Garrett J. Bradley
**THORNTON LAW FIRM LLP**
100 Summer Street, 30th Floor
Boston, MA 02110
Tel.: (617) 720-1333
Fax: (617) 720-2445
gbradley@tenlaw.com

*Counsel for Plaintiff Municipal Authority of
Westmoreland County*

SO ORDERED: _____

DATED: _____ 8/7/18 _____

- 4 -





# 2018 HNBA ANNUAL CONVENTION
# NATIONAL AWARD RECIPIENT BIOS
## *Individual*

Please send us your short bio (no more than 150 words) to Erika Lopeztello, HNBA Director of Operations at elopeztello@hnba.com, along with a high-resolution photograph by **August 8, 2018**. Links to online bios will not be accepted. It is imperative that bios submitted follow the requested format.

## Sample Bio

Vasu Muthyala is a counsel in O'Melveny's Washington, DC office and a member of the White Collar Defense and Corporate Investigations Practice. He represents clients in internal investigations and on a full range of securities-related enforcement, regulatory, and compliance matters. Prior to joining O'Melveny, Vasu was a federal government attorney for eleven years. Most recently, until October 2011, Vasu was a senior prosecutor in the Fraud and Public Corruption section of the US Attorney's Office for the District of Columbia. As a federal prosecutor, Vasu first-chaired more than a dozen jury trials to verdict and argued numerous appeals. Vasu received the Department of Justice Special Achievement Award in 2004, 2006, and 2007. Prior to joining the US Attorney's Office, Vasu was an enforcement attorney at the Securities and Exchange Commission in Chicago, Illinois. Mr. Muthyala received his J.D. from Pepperdine University, and his B.A. from the University of California.

1